```
                   UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                        TALLAHASSEE DIVISION
```

IN RE:                                    CASE NO. 06-40298-TLH4
                                          CHAPTER 13
ARCHIE SHAW
SHELIA SHAW

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: PREMIUM ASSET RECOVERY CORP which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410426 in the amount of 667.48 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    OFFICE OF THE CHAPTER 13 TRUSTEE
                    POST OFFICE BOX 646
                    TALLAHASSEE, FL 32302
                    ldhecf@earthlink.net
                    (850) 681-2734 "Telephone"
                    (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
ARCHIE SHAW                    PREMIUM ASSET RECOVERY CORP
SHELIA SHAW                    C/O RUSSEL LAW FIRM
2919 BYINGTON CIRCLE           350 JIM MORAN BLVD, #211
TALLAHASSEE,  FL  32303        DEERFIELD BEACH, FL 33442-1782
```

AND

```
ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
3/31/2011 12:17 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```