**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                      CASE NO. 06-40298-TLH4
                                            CHAPTER 13
ARCHIE SHAW
SHELIA SHAW

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: PREMIUM ASSET RECOVERY CORP which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 413990 in the amount of 333.74 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ARCHIE SHAW
SHELIA SHAW
2919 BYINGTON CIRCLE
TALLAHASSEE, FL 32303

PREMIUM ASSET RECOVERY CORP
C/O RUSSEL LAW FIRM
350 JIM MORAN BLVD, #211
DEERFIELD BEACH, FL 33442-1782

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

5/31/2011  3:03 pm / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE